UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- X
FEDERAL INSURANCE COMPANY, :
            Plaintiff, :
  -against- :    No. 17 Civ. 3425 (JFK)
                              **ORDER**
LANMARK GROUP, INC., :
            Defendant. :
------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/20/2020

**JOHN F. KEENAN, United States District Judge:**

    On October 15, 2019, the United States Court of Appeals for the Second Circuit affirmed the Court's November 14, 2018 judgment, which denied Plaintiff's request for declaratory and injunctive relief and granted the motion of Former-Defendants the Metropolitan Transportation Authority and the New York City Transit Authority to dismiss Plaintiff's sole claim against them.

    Accordingly, Plaintiff is directed to advise the Court of the status of its claims against Current-Defendant Lanmark Group, Inc. no later than March 20, 2020, or the Court will deem Plaintiff to have abandoned this action, and it will direct the Clerk of Court to close the case.

**SO ORDERED.**

Dated: New York, New York
       February 20, 2020

_____
John F. Keenan
United States District Judge